IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


GARY E. PADGETT,                    *
                                    *
     Plaintiff,                     *
                                    *
vs.                                 *     Civil Action No. 08-00625-KD-B
                                    *
WASHINGTON COUNTY COURT,            *
1ST JUDICIAL DISTRICT, *et al.*,    *
     Defendants.                    *

## ORDER

This action is before the Court on Plaintiff's Motion for Reconsideration of the Court's Order Denying Plaintiff's Motion to Proceed Without Prepayment of Fees and Costs.  (Doc. 7)  In his instant motion, Plaintiff clarifies the information provided in his motion to proceed without prepayment of fees and costs (Doc. 5). He explains that he receives a social security check in the amount of $806 monthly, and that he has monthly expenses which total $541.16, excluding expenses for food and utilities.  In light of the additional information provided by Plaintiff, and for good cause shown, Plaintiff's Motion for Reconsideration is GRANTED.

The undersigned finds that Plaintiff has established that he is unable to pay the requisite filing fee in this action; thus, his Motion to Proceed Without Prepayment of Fees and Costs (Doc. 5), as supplemented by his Motion for Reconsideration (Doc. 7), is **GRANTED.**

**DONE** this **5th** day of **January, 2009.**

                    /s/Sonja F. Bivins
               **UNITED STATES MAGISTRATE JUDGE**