IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GARY EARL PADGETT,** | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 08-0625-KD-N |
| | : |
| **WASHINGTON COUNTY COURT,** | : |
| **1ST JUDICIAL DISTRICT,** *et al.*, | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and dated October 27, 2009, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this the **2nd** day of **December 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**